## Commonwealth *v.* Long, Appellant.

Before ZIEGLER, J., without a jury.

Argued November 13, 1974. *N. Nowlis,* with him *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Nicholas P. Brenlove,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.